# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

———
### NO. 03-14-00047-CR
———

**Jon Drake, Appellant**

**v.**

**The State of Texas, Appellee**

———
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-13-205464, HONORABLE CHUCK MILLER, JUDGE PRESIDING
———

## M E M O R A N D U M   O P I N I O N

Appellant Jon Drake pleaded guilty to the offense of attempted robbery. He has now filed a pro se notice of appeal from his judgment of conviction. However, the district court has certified that this is a plea-bargain case, that the defendant has no right of appeal, and that the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed

Filed: March 28, 2014

Do Not Publish